UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHAWN R. MARSHALL<br><br>    Defendant. | CASE NO. _____<br><br>JUDGE    2:18 cr 255<br><br>INDICTMENT    Judge Sargus<br><br>18 U.S.C. § 876(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Mailing Threatening Communications)

On or about June 6, 2016, in the Southern District of Ohio, the defendant, **SHAWN R. MARSHALL**, knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, postmarked June 3, 2016, addressed to the Ohio Supreme Court in Columbus, Ohio, and containing a threat to injure those individual therein to wit: "Just like I raped that bitch, I'm gonna rape and kill any female Judge's there at the Ohio Supreme Court. Taste this cum bitch. I'm coming for you."

**In violation of 18 U.S.C. § 876(c).**

### COUNT 2
### (Mailing Threatening Communications)

On or about April 26, 2016, in the Southern District of Ohio, the defendant, **SHAWN R. MARSHALL**, knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, postmarked April 22, 2016, addressed to Judge Keith

Spaeth in Hamilton, Ohio, and containing a threat to injure to wit: "In the name of Allah, I am going to hunt you down and cut your fucking head off."

In violation of 18 U.S.C. § 876(c).

A TRUE BILL

*S/Foreperson*

FOREPERSON

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

*Jessica W. Knight*
JESSICA W. KNIGHT, (0086615)
Assistant United States Attorney